[COUNSEL LISTED ON FOLLOWING PAGE]

UNITED STATES DISTROCT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessica Dearaujo; individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Regis Corporation, a Minnesota Corporation; Supercuts Corporate Shops, Inc., a Minnesota Corporation; and DOES 1 through 99, inclusive,<br><br>    Defendants.<br>_____<br>Amymarie Kaelan; individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Regis Corporation, a Minnesota Corporation; Supercuts Corporate Shops, Inc., a Minnesota Corporation; and DOES 1 through 99, inclusive,<br><br>    Defendants. | **Case No. 2:14-CV-01408-KJM-DAD**<br><br>Assigned To: Hon. Kimberly J. Mueller<br><br>**ORDER GRANTING** JOINT STIPULATION TO EXPEDITE PLAINTIFFS' DEADLINE TO FILE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND RELEASE, AND THE RESPECTIVE HEARING DATE<br><br>Department: Court Room 3<br><br>**Case No.  2:14-CV-01411-KJM-DAD** |

**ORDER**

1  James R. Hawkins, Esq. SBN 192925
   JAMES HAWKINS, APLC
2  9880 Research Drive, Suite 200
   Irvine, CA 92618
3  TEL:   (949) 387-7200
   FAX:   (949) 387-6676
4
   Sean Sasan Vahdat, Esq. SBN 239080
5  LAW OFFICES OF SEAN S. VAHDAT & ASSOCIATES, APLC
   7700 Irvine Center Drive, Suite 800
6  Irvine, CA 92618
7  TEL:   (949) 788-2949
   FAX:   (949) 788-2950
8
   Attorneys for Plaintiffs, Jessica Dearaujo, Amymarie Kaelan,
9  individually and on behalf of others similarly situated

10

11 Catherine M. Dacre, Esq.  SBN 141988
   SEYFARTH SHAW LLP
12 560 Mission St., 31st Floor
   San Francisco, CA 94105
13 Telephone:  (415) 397-2823
   Facsimile:   (415) 397-8549
14
15 Daniel C. Whang (SBN 223451)
   SEYFARTH SHAW LLP
16 2029 Century Park East, Suite 3500
   Los Angeles, CA 90067
17 Telephone: (310) 277-7200
   Facsimile:  (310) 201-5219
18
19
   Attorneys for Defendants, Regis Corporation & Supercuts Corporate Shops Inc.
20
21
22
23
24
25
26
27
28

- 1 -
**ORDER**

On June 30, 2016, the court granted plaintiffs' request for preliminary approval of the parties' settlement agreement on a class basis and set a final hearing schedule.  ECF No. 37.  On July 27, 2016, the parties filed a joint request to shorten the time for plaintiffs to file a motion for final approval to October 21, 2016 and to advance the Final Approval Hearing set for December 16, 2016 to November 18, 2016.  ECF No. 38.

Good cause appearing, the court GRANTS the parties' request.  Accordingly, the court orders as follows:  The court SHORTENS plaintiffs' deadline to move for final approval to November 18, 2016.  The court VACATES the Final Approval Hearing set for December 16, 2016 and RESETS it for November 18, 2016 at 10:00 a.m. in Courtroom 3 before District Judge Kimberly J. Mueller.  The Class administrator shall give notice to the class as scheduled on August 16, 2016 and shall include the expedited hearing date.  All other deadlines, including the class deadlines, remain in place.

IT IS SO ORDERED

DATED:  August 1, 2016.

_____
UNITED STATES DISTRICT JUDGE